UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA A. HADEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner of the ) <br> Social Security Administration, ) <br> ) <br> Defendant. ) | Case No. C09-165-RSL-BAT <br><br> **ORDER AWARDING EAJA AND ATTORNEY FEES** |

The court after careful consideration of the motion for fees and costs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

1) The Court adopts the Report and Recommendation;

2) The Court hereby awards Plaintiff's counsel Robert A. Friedman, $3,184.39 in attorney fees and $51.12 in expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d), and $14.40 in costs under the Equal Access to Justice Act, 28 U.S.C. § 1920, for a total of $3,250.01;

3) The Clerk of the Court is directed to send copies of the Order to the Parties and to

///

ORDER AWARDING EAJA AND ATTORNEY FEES- 1

Judge Tsuchida.

Dated this 6th day of October, 2009.

_____
Robert S. Lasnik
United States District Judge